# Judiciary Branch Personnel
# Financial Disclosure Report (AO Form 10)

## Filer's Information

**Trenga, Anthony John**

Report Year: 2018

Electronic Signature - I certify that all information provided (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief.
I further certify that earned income and honoraria and acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.
**/s/  Anthony John Trenga [electronically signed on 05/08/2019 by  Anthony John Trenga in JEFS]**

Certifying Official- I conclude that, based on the information contained in this report and to the best of my knowledge, this report is in compliance with the Ethics in Government Act, as amended, and other applicable laws and regulations.

# I. Positions

None

---

# II. Agreements

| # | EMPLOYER OR PARTY | TERMS | DATE |
|---|---|---|---|
| 1 | Miller & Chevalier, Chartered | Miller & Chevalier Retirement Plan,  no control | 3/1998 |

# III A. Filer's Non-Investment Income

| # | SOURCE | INCOME TYPE | INCOME AMOUNT |
|---|---|---|---|
| 1 | Miller & Chevalier Retirement Plan | Fixed Retirement / Pension Benefits | $13,488 |

# III B. Spouse's Non-Investment Income

None

---

# IV. Reimbursements

| # | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | Virginia Bar Foundation | 01/05/2018 - 01/08/2018 | Charlottesville, VA | Faculty, National Trial Advocacy College | Lodging, meals and travel |

# V. Gifts

None

# VI. Liabilities

None

# VII. Investments and Trusts

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Brokerage Account #2 (IRA) (-508) | | | | | | | |
| -GOODO preferred stock | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| -Amer Express 025816BB4 | $1,001 - $2,500 | Interest | $15,001 - $50,000 | Cash Market | | | |
| -Altria Group 02209SAJ2 | $1,001 - $2,500 | Interest | $15,001 - $50,000 | Cash Market | | | |
| -Dow Chemical (260543BX0) (Taxable Bond) | $1,000 or less | Interest | None | Cash Market | | | |
| -Dow Chemical (260543BX0) (Taxable Bond) | | | | | Redeemed | 12/31/2018 | $15,000 or less |
| -General Money Market (9989344) Deposit from a Qualified Plan | $1,000 or less | Interest | $100,001 - $250,000 | Cash Market | | | |
| -GTE Corp (362320AT0) (Taxable Bond) | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| -Pepsico (PEP) | $1,000 or less | Dividend | None | Cash Market | | | |
| -Pepsico (PEP) | | | | | Sold | 01/19/2018 | $15,001 - $50,000 |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| -HSBC Taxable Bond (4042K1FE8) | $1,001 - $2,500 | Interest | None | Cash Market | | | |
| -HSBC Taxable Bond (4042K1FE8) | | | | | Redeemed | 03/26/2018 | $15,001 - $50,000 |
| -CVX | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| -WFC | $1,001 - $2,500 | Dividend | None | Cash Market | | | |
| -WFC | | | | | Sold | 02/05/2018 | $15,001 - $50,000 |
| -CSCO | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| -AAPL | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| -WFC'J | $1,001 - $2,500 | Interest | None | Cash Market | | | |
| -WFC'J | | | | | Redeemed | 09/17/2018 | $15,001 - $50,000 |
| -Royal Bank Canada Note A UDQ7 | $1,000 or less | Interest | None | Cash Market | | | |
| -Royal Bank Canada Note A UDQ7 | | | | | Redeemed | 01/29/2018 | $15,001 - $50,000 |
| -America Towers Note AB6 | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| -Bed, Bath & Beyond Note AA8 | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| -Cardinal Health Note AT5 | $1,001 - $2,500 | Interest | $15,001 - $50,000 | Cash Market | | | |
| -Metlife Note BF4 | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| -ORCL | $1,000 or less | Dividend | None | Cash Market | | | |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| -ORCL | | | | | Sold | 08/28/2018 | $50,001 - $100,000 |
| -PNC'P | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| -ABBVIE, Inc. | $2,501 - $5,000 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| -ABBVIE, Inc. | | | | | Sold | 09/24/2018 | $15,001 - $50,000 |
| -ABBVIE, Inc. | | | | | Purchased | 10/23/2018 | $15,000 or less |
| -AFLAC, Inc. Note | $1,000 or less | Interest | None | Cash Market | | | |
| -AFLAC, Inc. Note | | | | | Redeemed | 11/30/2018 | $15,001 - $50,000 |
| -American Express Sub. Co. Note (-BK4) | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| -XOM | $1,000 or less | Interest | None | Cash Market | | | |
| -XOM | | | | | Sold | 06/27/2018 | $15,001 - $50,000 |
| -FDX | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| -FDX | | | | | Sold | 01/30/2018 | $50,001 - $100,000 |
| -FDX | | | | | Purchased | 06/28/2018 | $15,001 - $50,000 |
| -FEZ | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| -FEZ | | | | | Sold | 09/12/2018 | $15,000 or less |
| -Zimmer Hlogs Note (-E2) | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| -Macy's Retail HLDGS Note (-HO) | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |

| DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| -Verizon Comm Note (-R4) | | $1,001 - $2,500 | Interest | $15,001 - $50,000 | Cash Market | | | |
| - Cigna Corp Note (-U2) | | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| -BP Cap Markets Note (-Z9) | | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| -UTX | | $1,000 or less | Dividend | None | Cash Market | | | |
| -UTX | | | | | | Sold | 04/05/2018 | $15,001 - $50,000 |
| -HBI | | $1,001 - $2,500 | Dividend | None | Cash Market | | | |
| -HBI | | | | | | Sold | 02/28/2018 | $15,001 - $50,000 |
| -HBI | | | | | | Sold | 04/05/2018 | $15,001 - $50,000 |
| -ATT Note | | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| -Time Warner Note | | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| -Express Scripts Holding SR. Note | | $1,001 - $2,500 | Interest | $15,001 - $50,000 | Cash Market | | | |
| -Dollar General Corp Note - AD7 | See Note | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| -Berkshire Hathaway Note | | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| -J.P. Morgan Chase SR. Note | | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| -MRK | | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| -Nestle SA  ADR (NSRGY) | | $1,000 or less | Dividend | None | Cash Market | | | |
| -Nestle SA  ADR (NSRGY) | | | | | | Sold | 01/25/2019 | $15,001 - $50,000 |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| -ABB | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| -ABB | | | | | Sold | 11/27/2018 | $15,000 or less |
| -Neilsen Hldgs (NLSN) | $1,001 - $2,500 | Dividend | None | Cash Market | | | |
| -Neilsen Hldgs (NLSN) | | | | | Sold | 01/19/2018 | $15,001 - $50,000 |
| -Goldman Sachs (GEM) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| -Goldman Sachs (GEM) | | | | | Sold | 09/12/2018 | $15,001 - $50,000 |
| -Citigroup New (C) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| -Citigroup New (C) | | | | | Purchased | 04/05/2018 | $15,001 - $50,000 |
| -Verizon (VZ) | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| -Dr. Pepper Snapple (DPS) | $1,001 - $2,500 | Dividend | None | Cash Market | | | |
| -Dr. Pepper Snapple (DPS) | | | | | Sold | 05/04/2018 | $50,001 - $100,000 |
| -Sherwin Williams (SHW) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| -Sherwin Williams (SHW) | | | | | Purchased | 04/26/2018 | $15,001 - $50,000 |
| -Dow Dupont (DWDP) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| -Orange Spons (ORAN) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| -Spirit Aerosystems (SPR) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| -Celanese Series A (CE) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| -United Health (-PCC4) | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| -Ross Stores (-6AA1) | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| Goldman Sachs Group Inc | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Goldman Sachs Group Inc | | | | | Purchased | 06/29/2018 | $15,001 - $50,000 |
| Alphabet Inc. Cl A | None | None | $15,001 - $50,000 | Cash Market | | | |
| Alphabet Inc. Cl A | | | | | Purchased | 02/06/2019 | $15,001 - $50,000 |
| Danaher Corp | $1,000 or less | None | $15,001 - $50,000 | Cash Market | | | |
| Danaher Corp | | | | | Purchased | 02/06/2018 | $15,001 - $50,000 |
| Danaher Corp | | | | | Purchased | 11/14/2018 | $15,000 or less |
| Visa Inc | $1,000 or less | None | $50,001 - $100,000 | Cash Market | | | |
| Visa Inc | | | | | Purchased | 02/09/2019 | $15,001 - $50,000 |
| Moulson Coors Brewing Co. | $1,000 or less | Dividend | None | Cash Market | | | |
| Moulson Coors Brewing Co. | | | | | Sold | 10/25/2018 | $15,001 - $50,000 |
| Moulson Coors Brewing Co. | | | | | Purchased | 02/21/2018 | $15,001 - $50,000 |
| XEC | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| XEC | | | | | Purchased | 05/25/2018 | $15,001 - $50,000 |
| Abbot Lab note -BD1 | $15,001 - $50,000 | Interest | $15,001 - $50,000 | Cash Market | | | |
| Abbot Lab note -BD1 | | | | | Purchased | 02/05/2018 | $15,001 - $50,000 |
| KLA-Tencor Note -E0 | $1,001 - $2,500 | Interest | $15,001 - $50,000 | Cash Market | | | |
| KLA-Tencor Note -E0 | | | | | Purchased | 02/05/2018 | $15,001 - $50,000 |
| Kroger Co. Note-Z2 | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| Kroger Co. Note-Z2 | | | | | Purchased | 02/05/2018 | $15,001 - $50,000 |
| Northrop Gruman Note -BQ4 | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| Northrop Gruman Note -BQ4 | | | | | Purchased | 02/05/2018 | $15,001 - $50,000 |
| Northrop Gruman Note -BQ4 | | | | | Purchased | 06/28/2018 | $15,001 - $50,000 |
| Northrop Gruman Note -BQ4 | | | | | Purchased | 10/25/2018 | $15,001 - $50,000 |
| Northrop Gruman Note -BQ4 | | | | | Purchased | 11/30/2018 | $15,000 or less |
| Vulcan Matls Note -AS8 | $1,001 - $2,500 | Interest | $15,001 - $50,000 | Cash Market | | | |
| Vulcan Matls Note -AS8 | | | | | Purchased | 02/05/2018 | $15,001 - $50,000 |
| DIS | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| DIS | | | | | Purchased | 05/04/2018 | $50,001 - $100,000 |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| NOC | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| NOC | | | | | Purchased | 10/25/2018 | $15,000 or less |
| NOC | | | | | Purchased | 05/28/2018 | $15,001 - $50,000 |
| NOC | | | | | Purchased | 11/30/2018 | $15,000 or less |
| NOC | | | | | Purchased | 05/04/2018 | $50,001 - $100,000 |
| Starbucks Corporation - Common Stock | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Starbucks Corporation - Common Stock | | | | | Purchased | 08/01/2018 | $15,001 - $50,000 |
| Visa Inc | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| Visa Inc | | | | | Purchased | 02/09/2018 | $15,001 - $50,000 |
| Visa Inc | | | | | Purchased | 10/25/2018 | $15,000 or less |
| BKNG | None | None | $15,001 - $50,000 | Cash Market | | | |
| BKNG | | | | | Purchased | 11/29/2018 | $15,001 - $50,000 |
| T | $1,001 - $2,500 | Dividend | $15,000 or less | Cash Market | | | |
| AT&T | | | | | Sold | 01/25/2019 | $15,001 - $50,000 |
| GS'D | $1,001 - $2,500 | Interest | $15,001 - $50,000 | Cash Market | | | |
| GS'D | | | | | Purchased | 01/24/2018 | $15,001 - $50,000 |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Brokerage Account #3 (IRA) (-4017) | | | | | | | |
| -Money Market (Robert W. Baird & Co.) | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |
| -VEU | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| -IEFA | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| -IWM | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| -IWD | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| -IWF | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| -IWR | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| -SPSB | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| -BIV | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| Brokerage Account #4 (-9952)    See Note | | | | | | | |
| -WFC | $1,000 or less | Dividend | None | Cash Market | | | |
| -WFC | | | | | Sold | 02/05/2019 | $15,001 - $50,000 |
| -CSCO | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| -AAPL | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| -Money Market (Robert W. Baird & Company) | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |
| -AT&T (T) | $1,001 - $2,500 | Dividend | $1 - $15,000 | Cash Market | | | |
| - NYC NY (Tax Exempt Bond) (-4A7) | $1,001 - $2,500 | Interest | None | Cash Market | | | |
| - NYC NY (Tax Exempt Bond) (-4A7) | | | | | Redeemed | 04/02/2018 | $15,001 - $50,000 |

| DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| -BRK/B common stock | | | None | $15,001 - $50,000 | Cash Market | | | |
| -JNJ common stock | | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| -First Eagle Global Fund Class, SGIIX | See Note | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| -Fairfax, VA (Tax Exempt Bond) (WW1) | | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| -Exxon (XOM) | | $1,001 - $2,500 | Dividend | None | Cash Market | | | |
| -Exxon (XOM) | | | | | | Sold | 06/27/2018 | $15,001 - $50,000 |
| -Pepsico (PEP) | | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| -VA. ST. CLLG (Tax Exempt) (-XB5) | | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| -UTX | | $1,000 or less | Dividend | None | Cash Market | | | |
| -UTX | | | | | | Sold | 04/05/2018 | $15,000 or less |
| - New York Bond (-MPMS) | | $1,000 or less | Interest | None | Cash Market | | | |
| - New York Bond (-MPMS) | See Note | | | | | Redeemed | 04/02/2019 | $15,000 or less |
| - New York Bond (-MPK9) | | $1,000 or less | Interest | None | Cash Market | | | |
| - New York Bond (-MPK9) | | | | | | Redeemed | 04/02/2019 | $15,000 or less |
| - VA. CLLG  Bld Auth tax exempt bond(-VEH7) | | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| - NSRGY | | $1,000 or less | Dividend | None | Cash Market | | | |
| - NSRGY | | | | | | Sold | 01/25/2019 | $15,000 or less |

| DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| -ORAN | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| -FEZ | | $1,000 or less | Dividend | None | Cash Market | | | |
| -FEZ | | | | | | Sold | 09/12/2018 | $15,001 - $50,000 |
| BKNG | | None | None | $15,000 or less | Cash Market | | | |
| BKNG | | | | | | Purchased | 11/29/2018 | $15,000 or less |
| Citigroup Inc New | See Note | $1,000 or less | Dividend | None | Cash Market | | | |
| Citigroup Inc New | | | | | | Sold | 12/13/2018 | $15,000 or less |
| Hewlett Packard Enterprise Co. Sr .Note -AG4 | | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| Hewlett Packard Enterprise Co. Sr .Note -AG4 | | | | | | Purchased | 03/05/2018 | $15,001 - $50,000 |
| Host Hotels & Resorts LP Sr. Note -AU0 | | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| Host Hotels & Resorts LP Sr. Note -AU0 | | | | | | Purchased | 03/05/2018 | $15,001 - $50,000 |
| Brokerage Account #6 | | | | | | | | |
| -Morgan Stanley US Gov't Sec TR B Mutual Fund (USGBX) | | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| Janus Henderson Research Fund JNRFX | See Note | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| IBM common stock | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| D | See Note | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| Navy Federal Credit Union (IRA #1) (CD) | | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Navy Federal Credit Union (IRA #2) (CD) | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |
| Navy Federal Credit Union (IRA #3) (CD) | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |
| Navy Federal Credit Union CD | $1,001 - $2,500 | Interest | $15,001 - $50,000 | Cash Market | | | |
| Navy Federal Credit Union Accounts | $1,001 - $2,500 | Interest | $15,001 - $50,000 | Cash Market | | | |
| Burke and Herbert Bank Account | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |
| Northwestern Mutual Joint Complife Insurance Policy(whole life) | $15,001 - $50,000 | Dividend | $500,001 - $1,000,000 | Cash Market | | | |
| USAA S&P 500 Index Fund | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| Robert W. Baird & Co. checking and cash management accounts | $1,001 - $2,500 | Interest | $100,001 - $250,000 | Cash Market | | | |
| DRYFUSS money market accounts GGM 370375206 & GMA 370375107 | $1,001 - $2,500 | Interest | $15,001 - $50,000 | Cash Market | | | |
| Brighthouse Life Insurance Policy (Whole Life) | $2,501 - $5,000 | Interest | $15,001 - $50,000 | Cash Market | | | |

## Additional Information or Explanation

| PART | # | NOTE |
|---|---|---|
| VII. | 1.37 | This asset was previously identified in the 2017 Annual Report as Dollar Store Note. |
| VII. | 3 | This account was previously listed as Brokerage Acccount #4 (-851) |
| VII. | 3.9 | This fund was listed in the 2017 report as First Eagle Global Fund A, 32008F-50-7 SGENX, which was converted on August 8, 2018 to First Eagle Global Class I, SGIIX. |

| PART | # | NOTE |
|---|---|---|
| VII. | 3.15.1 | This bond has a CUSIP change to -MPK9 being being redeemed on April 2, 2018. |
| VII. | 3.22 | This stock was purchased on 6/22/17. |
| VII. | 4.2 | This Fund was listed in the 2017 Annual Report as Janus 7 Fund (JANSX) |
| VII. | 4.4 | This asset was previously listed as Dominion Resources, Inc. |